IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEYLAND S. LOWE, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA GEISSEL and CITY OF MISSOULA, <br><br> Defendants. | CV 22–20–M–DLC <br><br><br> ORDER |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 19),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the Parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for April 3, 2023 is VACATED.

DATED this 15th day of September, 2022.

_____
Dana L. Christensen, District Judge
United States District Court